E. MILLER'S SONS, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 17, 1905.) Action by E. Miller's Sons against the New York City Railway Company.

PER CURIAM. The amount of the recovery in this case must be reduced by deducting therefrom the $5 allowed as damages paid for the broken jack, and, as thus reduced, the judgment of the Municipal Court is affirmed, without costs of this appeal.

In re ERIE COUNTY. (Supreme Court, Appellate Division, Fourth Department. October 11, 1905.) In the matter of the appointment of a board of examiners to examine into the operation of the jury system in the county of Erie, created by chapter 369, p. 188, of the Laws of 1895.

PER CURIAM. Ordered, that the following named lawyers practicing in the county of Erie be, and they hereby are, appointed an examining board, pursuant to section 9, c. 369, p. 190, of the Laws of 1895, to examine into the operation of the jury system in said county created by chapter 369 of the Laws of 1895, and to report the result of such examination to this court with all convenient speed, as in said act required: Louis L. Babcock, Loran L. Lewis, Jr., and James Henry Metcalf.

FALLER, Respondent, v. SUSSMAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 27, 1905.) Action by Pauline Faller against Alexander Sussman and Herman Sussman. No opinion. Judgment of the Municipal Court affirmed, with costs.

FARRELL, Appellant, v. INTERBOROUGH RAPID TRANSIT CO., Respondent. (Supreme Court, Appellate Term. November 24, 1905.) Appeal from Municipal Court, Borough of Bronx, Second District. Action by Alice Farrell against the Interborough Rapid Transit Company. Judgment for defendant, and plaintiff appeals. Reversed. Frank A. Acer, for appellant. Charles A. Gardiner (G. Tarleton Goldthwaite, of counsel), for respondent.

SCOTT, P. J. In our opinion the case should have gone to the jury. Under the circumstances as testified to by plaintiff and her daughter, it cannot be said as matter of law that plaintiff was negligent, or that defendant was free from negligence. Judgment reversed, and new trial granted, with costs to appellant to abide the event.

GILDERSLEEVE, J., concurs. MacLEAN, J., taking no part.

FAULKNER, Respondent, v. CODY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 20, 1905.) Action by John J. Faulkner against Francis A. Cody and others. No opinion. Judgments appealed from affirmed, with costs.

FAY, Respondent, v. HUDSON VALLEY RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 26, 1905.) Action by Edward M. Fay against the Hudson Valley Railway Company. No opinion. Order affirmed, with $10 costs and disbursements.

FECHNER, Respondent, v. CITY OF COHOES, Appellant. (Supreme Court, Appellate Division, Third Department. October 24, 1905.) Action by St. Clair Fechner against the city of Cohoes. No opinion. Order granting extra allowance reversed, with $10 costs. Judgment and order denying new trial modified, by deducting from the judgment the amount of the extra allowance, and, as so modified, unanimously affirmed, with costs.

FELSKA, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) Action by Agnes Felska against the Erie Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., and NASH, J., dissent, upon the ground that the plaintiff's intestate was guilty of contributory negligence as matter of law.

FERBER, Respondent, v. APFEL et al., Appellants. (Supreme Court, Appellate Division, Second Department. September 29, 1905.) Action by Sarah Ferber against Adolph Apfel and another. No opinion. Motion to compel the filing of the return granted, without costs. Motion to dismiss the appeal denied, without costs.

FERGUSON v. BIEN. (Supreme Court, Appellate Division, First Department. November 17, 1905.) Action by Julius M. Ferguson against Franklin Bien. No opinion. Motion denied, with $10 costs.

FINN, Appellant, v. SMITH et al., Respondents. (Supreme Court, Appellate Division, Third Department. September 26, 1905.) Action by Timothy Finn against Carl C. Smith and others.

PER CURIAM. Decision modified, by providing that one bill of costs be recovered by the respondent Conkey against plaintiff and the Mohawk Valley Lumber Company. See 92 N. Y. Supp. 168.

In re FIRST NAT. BANK OF OSSINING. (Supreme Court, Appellate Division, Second Department. August 31, 1905.) In the matter of the application of the First National Bank of Ossining for a writ of certiorari. No opinion. Order affirmed, with $10 costs and disbursements.

FISCHER, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by Frederick W. Fischer, administrator, against the city of New York. E. S. Merrill, for appellant. T. Connoly, for respondent. No opinion. Judgment affirmed, with costs.